## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

WILLIAM DIAZ,

     Plaintiff,

v.                                   Case No: 5:23-cv-714-JSM-PRL

DREAM WORK SERVICES LLC,

     Defendant.

_____

## **ORDER**

THIS CAUSE comes before the Court upon the Joint Stipulated Motion to Approve Settlement Agreement and for Dismissal with Prejudice (Dkt. 18). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1     The Joint Stipulated Motion to Approve Settlement Agreement and for Dismissal with Prejudice (Dkt. 18) is GRANTED.

2.     The settlement is approved.

3.     This action is DISMISSED WITH PREJUDICE.

4.     All pending motions are denied as moot.

5.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of March, 2024.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record